No. 23-2205

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| PERLA HERRERA, | ) | Appeal from the United States |
| | ) | Court for the Northern District of |
| Plaintiff-Appellant, | ) | Illinois, Eastern Division |
| | ) | |
| v. | ) | No. 17 C 8839 |
| | ) | |
| CITY OF CHICAGO and Chicago Police | ) | The Honorable Virginia M. Kendall |
| Officer HECTOR FUENTES, | ) | Judge Presiding |
| | ) | |
| Defendants-Appellees. | ) | |

## AGREED MOTION TO DISMISS

Plaintiff-Appellant, Perla Herrera, by her attorneys, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, states:

1. This matter was settled at a Rule 33 Mediation.

2. The Settlement Agreement was executed by all parties on September 27, 2023.

3. Pursuant to the settlement agreement, each side shall bear its own costs and attorney's fees and payment of the settlement amount is contingent, *inter alia*, on the dismissal of this appeal.

4. The undersigned has consulted with counsel for the Defendants-Appellees and all parties agree to the dismissal of this appeal.

**WHEREFORE**, Plaintiff-Appellant, Perla Herrera, moves for dismissal of this appeal, with each party to bear their own costs and attorney's fees.

Peter V. Bustamante (Counsel of Record)　　**PLAINTIFF-APPELLANT**
pvbust@bustamantelaw.com　　**PERLA HERRERA**
17 North State Street, Suite 1550
Chicago, Illinois 60602　　*s/ Peter V. Bustamante*
312/346-2072

1

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on September 27, 2023, he electronically filed the foregoing Agreed Motion to Dismiss with the Clerk of the United States Seventh Circuit Court of Appeals using the Court's CM/ECF system, which will send notification of such filing to all counsel of record by email.

*/s/ Peter V. Bustamante*

Peter V. Bustamante
17 North State Street, Suite 1550
Chicago, Illinois 60602
312/346-2072
pvbust@bustamantelaw.com